IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MUNICIPAL INSURANCE TRUST OF NORTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:13-cv-00767-D |
| | ) ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by and between the parties that this cause shall be dismissed with prejudice with each party to pay its own attorneys' fees and costs.

DATED: July 31, 2014.

ALLEN PINNIX & NICHOLS, P.A.

/s/ Cathleen M. Plaut

Cathleen M. Plaut, Esq.
N.C. Bar No. 13657
cplaut@allenpinnix.com
P.O. Drawer 1270
Raleigh, NC 27602
Telephone:   (919) 755-0505
Facsimile:   (919) 829-8098

*Attorney for Plaintiff*

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.

/s/ J. Allen Thomas

J. Allen Thomas
N.C. Bar No. 40119
Allen.Thomas@ogletreedeakins.com
Post Office Box 31608
Raleigh, NC 27622
Telephone: (919) 787-9700
Facsimile:  (919) 783-9412

*LR 83.1 Counsel for Defendant*

/s/ Mark E. Schmidtke

Mark E. Schmidtke
Indiana State Bar No. 1733-45
Mark.Schmidtke@ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: (219) 242-8668
Facsimile: (212) 242-8669

*Counsel for Defendant*

SO ORDERED. This **30** day of September 2014.

JAMES C. DEVER III
Chief United States District Judge

2